# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

SHANE VANDERMOLEN
ADC #138394                                              PLAINTIFF

v.                           No. 5:19-cv-139-DPM

WENDY KELLEY, Director, ADC;
RAYMOND NAYLOR, Disciplinary
Administrator, ADC;   KEITH WADDLE,
Disciplinary Hearing Officer, ADC;
KEITH DAY, Major, North Central Unit;   and
RUBY TOLAR, Sergeant, North Central Unit        DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's recommendation, № 4, and overrules Vandermolen's objections, № 5 & № 6. FED. R. CIV. P. 72(b)(3). Vandermolen's complaint fails to state a due process complaint and will therefore be dismissed without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

DPMarshall Jr.

D.P. Marshall Jr.
United States District Judge

6 May 2019