IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHANE VANDERMOLEN
ADC #138394                                                              PLAINTIFF

v.                              No. 5:19-cv-139-DPM

WENDY KELLEY, Director, ADC;
RAYMOND NAYLOR, Disciplinary
Administrator, ADC;   KEITH WADDLE,
Disciplinary Hearing Officer, ADC;
KEITH DAY, Major, North Central Unit;   and
RUBY TOLAR, Sergeant, North Central Unit                    DEFENDANTS

## JUDGMENT

Vandermolen's complaint is dismissed without prejudice.

*DPMarshall*

D.P. Marshall Jr.
United States District Judge

6 May 2019